UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DONNA BURLESON, on behalf of
herself and all others similarly situated

        Plaintiff,

v.                                                           Case No:  2:16-cv-362-FtM-38MRM

HIAX, LLC and AXEL S. WIMMER,

        Defendants.
_____/

**ORDER**[1]

This matter comes before the Court on the parties' Notice, Consent, and Reference of a Civil Action to a Magistrate Judge (Doc. #39) filed on December 5, 2016. At the parties' request and consent, this case will proceed before the Honorable Carol Mirando, United States Magistrate Judge. Judge Mirando held a settlement conference on December 2, 2016 (Doc. #38), which resulted in the parties resolving this case. The parties, therefore, request that Judge Mirando approve their settlement agreement due to her familiarity with this case. The Court grants that request.[2]

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

[2] The Honorable Mac R. McCoy, the United States Magistrate Judge initially assigned to this case, does not oppose the parties' consent to Judge Mirando.

(1) The Notice, Consent, and Reference of a Civil Action to a Magistrate Judge (Doc. #39) is **GRANTED**.

(2) The above-captioned case is **REFERRED** to the Honorable Carol Mirando, United States Magistrate Judge to conduct all further proceedings and order the entry of final judgment.

**DONE** and **ORDERED** in Fort Myers, Florida this 5th day of December 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record